THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LAURA THOMPSON, et al.          )
                                )
        Plaintiffs              )
                                )
            v.                  )    Case No. 3:12-cv-99-JPG
                                )
                                )
KAZ USA, INC.                   )
                                )
        Defendant.              )
                                )

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice and without costs.

**DATED: July 25, 2012      NANCY J. ROSENSTENGEL, Clerk of Court**


**s/Brenda K. Lowe, Deputy Clerk**


**Approved:** s/ J. Phil Gilbert
         **J. PHIL GILBERT**
         **DISTRICT JUDGE**